UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 8

Davila, et al

-v-

Berrios, et al

USCA NO. _____

SDNY NO. 07cv5767

JUDGE: KMW

DATE: July 24, 2007

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) THOMAS PISARCZYK
FIRM APPEALS SECTION
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------

DOCUMENTS                                                                   DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                                         (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of July, 2007.

**United States District Court for the Southern District of New York**

Date: July 24, 2007

U.S.C.A. # _____

---------------------------------------------------------------

Davila, et al

-v-

Berrios, et al

---------------------------------------------------------------

U.S.D.C. # 07cv5767

D.C. JUDGE KMW

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**           **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
     Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-05767-KMW**
**Internal Use Only**

Davila et al v. Berrios et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/18/2007
Date Terminated: 06/18/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Rafael Davila, Isabel Davila, Jesus Berrios.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 2 | COMPLAINT against David A. Hansell, Verna Eggleston. Document filed by Rafael Davila, Isabel Davila, Jesus Berrios.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 3 | Application for the Court to request Counsel. Document filed by Rafael Davila, Isabel Davila, Jesus Berrios.(mbe) (Entered: 07/02/2007) |
| 06/18/2007 | 4 | MEMORANDUM OF LAW in Support of motion for Summary Judgement and Motion for Temporary, Preliminary and Permanent Injuction. Document filed by Rafael Davila, Isabel Davila, Jesus Berrios. (mbe) (Entered: 07/02/2007) |
| 06/18/2007 |  | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 07/02/2007) |
| 06/18/2007 | 5 | ORDER OF DISMISSAL Accordingly, Plaintiffs' action is dismissed without prejudice as their claims "lack an arguable basis either in law or in fact". 490 U.S.C. 319, 325 (1989). In addition, the Order to Show Cause, Plaintiffs' Motion, and Plaintiffs' respective Applications For the Court to Request Counsel are all denied as moot. We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/18/2007) (mbe) (Entered: 07/02/2007) |
| 06/18/2007 | 6 | JUDGMENT. Ordered, Adjudged and Decreed: That this action is hereby dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/18/2007) (mbe) (Entered: 07/02/2007) |
| 07/16/2007 | 7 | NOTICE OF APPEAL from [6] Judgment - Sua Sponte (Complaint). Document filed by Rafael Davila, Isabel Davila, Jesus Berrios. (tp) (Entered: 07/23/2007) |
| 07/16/2007 |  | Appeal Remark as to [7] Notice of Appeal filed by Isabel Davila, Rafael Davila, Jesus Berrios. $455.00 APPEAL FEE DUE. IFP REVOKED 6/18/07. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [7] Notice of Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal to the District Judge re: [7] Notice of Appeal. (tp) (Entered: 07/23/2007) |