UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAFAEL DAVILA and ISABEL DAVILA,      :

                        Plaintiffs,      :     07 Civ. 5767 (SHS) (DF)

     -against-      :     **ORDER OF REFERENCE**
                                 :     **TO A MAGISTRATE JUDGE**
DAVID A. HANSELL, in his official capacity as   :
Commissioner of New York State Office of
Temporary and Disability Assistance, *ET AL.*,   :

                        Defendants.      :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| **XX** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose: |
| | | ___ Habeas Corpus |
| ___ | Settlement* | ___ Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | Particular Motion: Defendants' motion for summary judgment |
| | | All such motions: ___ |

Dated: New York, New York
       March 18, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.