

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marilyn Richter**
phone: 212 788-0931
fax: 212 788-0877
email: mrichter@law.nyc.gov

April 30, 2008

HAND DELIVERY
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:  *Davila v. Doar*
          07 CV 5767 (SHS)(DCF)

Dear Judge Stein:

      This Office represents the defendant Robert Doar, who is sued in his official capacity as Commissioner of the New York City Human Resources Administration. Plaintiffs appear pro se. Defendant respectfully requests a thirty day extension, until May 30, 2008, to respond to the amended complaint. This is defendant's first request for an extension. A Spanish-speaking representative of this Office has spoken by phone to plaintiff Rafael Davila, who has given his consent to this request. Thank you for this consideration.

                              Sincerely yours,

                              Marilyn Richter
                            Assistant Corporation Counsel

cc:    Rafael and Isabel Davila (by first class mail)

**MEMO ENDORSED**

SO ORDERED:  DATE: 5/2/08

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE