UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RAFAEL DAVILA and ISABEL DAVILA,

                               Plaintiffs,

                -against-

DAVID A. HANSELL, in his official capacity as
Commissioner of New York State Office of Temporary and
Disability Assistance, and ROBERT DOAR, in his official
capacity as Commissioner of New York City Human
Resources Administration,

                             Defendants.

------------------------------------------------------------------------x

**NOTICE OF
APPEARANCE**

07 CV 5767 (SHS) (DCF)

        **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney

to be noticed, on behalf of defendant ROBERT DOAR, appearing in his official capacity as

Commissioner of the New York City Human Resources Administration.

Dated: New York, New York
       May 8, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                City of New York
                              Attorney for City Defendant
                              100 Church Street, Room 2-305
                              New York, N.Y. 10007
                              (212) 788-8316
                              e-mail: arosinus@law.nyc.gov

                            By:_____/s/_____
                                David A. Rosinus, Jr. (DR 2311)
                              Assistant Corporation Counsel

cc:    By regular mail
       Rafael Davila
       Isabel Davila
       Plaintiffs Pro Se
       34 La Guardia Avenue, Apt. 5C
       Staten Island, New York 10314