USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
RAFAEL DAVILA and ISABEL DAVILA,
          :
                      Plaintiffs,       07 Civ. 05767 (SHS) (DF)
          :
       -against-               **SCHEDULING ORDER**
          :
DAVID A. HANSELL, et al.,
          :
                      Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held an initial pretrial conference on August 21, 2008 with Plaintiffs, proceeding *pro se*, and counsel for Defendants, it is hereby ORDERED, as stated on the record at that conference, that:

      1.     Plaintiffs shall serve and file their opposition papers to Defendants' motion to dismiss no later than October 10, 2008. Defendants shall serve and file reply papers, if any, no later than October 24, 2008.

      2.     Discovery in this action is stayed pending the outcome of Defendants' motion to dismiss, or further Order of this Court.

      3.     If Plaintiffs need assistance in understanding any of the procedural rules of this Court, or any aspect of this Order, Plaintiffs are encouraged to contact the Court's *Pro Se* Office, 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the *Pro Se* Office is (212) 805-0175.

Dated: New York, New York
       August 27, 2008

                                                    SO ORDERED

                                                    _____
                                                    DEBRA FREEMAN
                                                    United States Magistrate Judge

<u>Copies mailed to:</u>

Mr. Rafael Davila, *pro se*
34 LaGuardia Avenue, Apt. 5C
Staten Island, New York 10314

Ms. Isabel Davila, *pro se*
34 LaGuardia Avnue., Apt. 5C
Staten Island, New York 10314

David A. Rosinus, Jr., Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007